No. 43190.—Protests 609194–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of harmonicas similar to those involved in Abstract 40586. The claim at 40 percent under paragraph 1541 was therefore sustained as to these items. The tennis rackets were held dutiable at 30 percent under paragraph 1502. *May* v. *United States* (T. D. 47760) followed.

No. 43191.—Protests 828554–G, etc., of S. H. Kress & Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of horns in chief value of metal similar to those involved in Abstract 39948 and *Dessart* v. *United States* (T. D. 45169). The claim at 45 percent under paragraph 397 was therefore sustained.

No. 43192.—Protest 968670–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of squawker balloons similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

No. 43193.—Protest 990496–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of zipper bags in chief value of metal similar to those the subject of Abstract 37566. The claim at 45 percent under paragraph 397 was therefore sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 6, 1939

No. 43194.—Protests 973094–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 43195.—Protests 848535–G, etc., of S. H. Kress & Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the merchandise in question is similar to that involved in Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.